JS 44C/SDNY
REV. 12/2025

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**

PACE ABC LLC as assignee for the benefit of creditors of EAGLESTONE INTERMEDIATE HOLDINGS, LLC

**DEFENDANTS**

## CROSS ISLAND MECHANICAL CORP.

**ATTORNEYS (Firm Name, Address, And Telephone Number)**

Pachulski Stang Ziehl & Jones LLP
Landis Rath & Cobb LLP
see attached Addendum

**ATTORNEYS (If Known)**

Sarachek Law Firm
Davis Ndanusa Ikhlas & Saleem LLP
see attached Addendum

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

See attached addendum.

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☒ Yes ☐ _____
(If yes, Judge Previously Assigned)

If yes, was this case Vol. ☐ Invol. ☐   Dismissed. No ☐ Yes ☐   If yes, give date _____ & Case No. _____

Is this an international arbitration case?   Yes ☐   No ☐

## NATURE OF SUIT *(PLACE AN [x] IN ONE BOX ONLY)*

Click here for: Nature of Suit Code Descriptions.

### TORTS

| Contract | |
|---|---|
| ☐ 110 | Insurance |
| ☐ 120 | Marine |
| ☐ 130 | Miller Act |
| ☐ 140 | Negotiable Instrument |
| ☐ 150 | Recovery Of Overpayment & Enforcement Of Judgment |
| ☐ 151 | Medicare Act |
| ☐ 152 | Recovery Of Defaulted Student Loans (Excl Veterans) |
| ☐ 153 | Recovery Of Overpayment Of Veteran's Benefits |
| ☐ 160 | Stockholders Suits |
| ☒ 190 | Other Contract |
| ☐ 195 | Contract Product Liability |
| ☐ 196 | Franchise |

| Torts | |
|---|---|
| **PERSONAL INJURY** | |
| ☐ 310 | Airplane |
| ☐ 315 | Airplane Product Liability |
| ☐ 320 | Assault, Libel & Slander |
| ☐ 330 | Federal Employers' Liability |
| ☐ 340 | Marine |
| ☐ 345 | Marine Product Liability |
| ☐ 350 | Motor Vehicle |
| ☐ 355 | Motor Vehicle Product Liability |
| ☐ 360 | Other Personal Injury |
| ☐ 362 | Personal Injury - Medical Malpractice |

| | |
|---|---|
| **PERSONAL INJURY** | |
| ☐ 365 | Personal Injury Product Liability |
| ☐ 367 | Health Care/ Pharmaceutical |
| ☐ 368 | Asbestos Personal Injury Product Liability |
| **PERSONAL PROPERTY** | |
| ☐ 370 | Other Fraud |
| ☐ 371 | Truth In Lending |
| ☐ 380 | Other Personal Property Damage |
| ☐ 385 | Property Damage Product Liability |

| Real Property | |
|---|---|
| ☐ 210 | Land Condemnation |
| ☐ 220 | Foreclosure |
| ☐ 230 | Rent Lease & Ejectment |
| ☐ 240 | Torts To Land |
| ☐ 245 | Tort Product Liability |
| ☐ 290 | All Other Real Property |

| Civil Rights | |
|---|---|
| ☐ 440 | Other Civil Rights (Non-Prisoner) |
| ☐ 441 | Voting |
| ☐ 442 | Employment |
| ☐ 443 | Housing/ Accommodations |
| ☐ 445 | Americans With Disabilities - Employment |
| ☐ 446 | Americans With Disabilities - Other |
| ☐ 448 | Education |

| Prisoner Petitions | |
|---|---|
| **Habeas Corpus** | |
| ☐ 463 | Alien Detainee |
| ☐ 510 | Motions To Vacate Sentence |
| ☐ 530 | General |
| ☐ 535 | Death Penalty |
| **Other** | |
| ☐ 540 | Mandamus & Other |
| ☐ 550 | Civil Rights |
| ☐ 555 | Prison Condition |
| ☐ 560 | Civil Detainee - Conditions Of Confinement |

### ACTIONS UNDER STATUTES

| Forfeiture/Penalty | |
|---|---|
| ☐ 625 | Drug Related Seizure Of Property 21 USC 881 |
| ☐ 690 | Other |

| Labor | |
|---|---|
| ☐ 710 | Fair Labor Standards Act |
| ☐ 720 | Labor/Management Relations |
| ☐ 740 | Railway Labor Act |
| ☐ 751 | Family and Medical Leave Act (FMLA) |
| ☐ 790 | Other Labor Litigation |
| ☐ 791 | Employee Retirement Income Security Act (ERISA) |

| Immigration | |
|---|---|
| ☐ 462 | Naturalization Application |
| ☐ 465 | Other Immigration Actions |

| Bankruptcy | |
|---|---|
| ☐ 422 | Appeal 28 USC 158 |
| ☐ 423 | Withdrawal 28 USC 157 |

| Intellectual Property Rights | |
|---|---|
| ☐ 820 | Copyrights |
| ☐ 830 | Patent |
| ☐ 835 | Patent - Abbreviated New Drug Application |
| ☐ 840 | Trademark |
| ☐ 880 | Defend Trade Secrets Act of 2016 |

| Social Security | |
|---|---|
| ☐ 861 | HIA (1395ff) |
| ☐ 862 | Black Lung (923) |
| ☐ 863 | DIWC/DIWW (405(G)) |
| ☐ 864 | SSID Title XVI |
| ☐ 865 | RSI (405(g)) |

| Federal Tax Suits | |
|---|---|
| ☐ 870 | Taxes (U.S. Plaintiff Or Defendant) |
| ☐ 871 | IRS-Third Party 26 USC 7609 |

| Other Statutes | |
|---|---|
| ☐ 375 | False Claims Act |
| ☐ 376 | Qui Tam (31 USC 3729(a)) |
| ☐ 400 | State Reapportionment |
| ☐ 410 | Antitrust |
| ☐ 430 | Banks & Banking |
| ☐ 450 | Commerce |
| ☐ 460 | Deportation |
| ☐ 470 | Racketeer Influenced & Corrupt Organization Act (Rico) |
| ☐ 480 | Consumer Credit (15 USC 1681 or 1692) |
| ☐ 485 | Telephone Consumer Protection Act |
| ☐ 490 | Cable/Satellite TV |
| ☐ 850 | Securities/ Commodities/ Exchange |
| ☐ 890 | Other Statutory Actions |
| ☐ 891 | Agricultural Acts |
| ☐ 893 | Environmental Matters |
| ☐ 895 | Freedom Of Information Act |
| ☐ 896 | Arbitration |
| ☐ 899 | Administrative Procedure Act/ Review or Appeal of Agency Decision |
| ☐ 950 | Constitutionality Of State Statutes |

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

*Check YES only if demanded in complaint*

JURY DEMAND: ☐ YES ☒ NO

Do you claim this case is related to a civil case now pending in S.D.N.Y. as defined by Local Rule For Division of Business 13?
If so, state:

JUDGE _____ DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32) with an explanation as to why the cases are deemed related.

(PLACE AN X IN ONE BOX ONLY)

# ORIGIN

☒ 1 Original Proceeding

☐ 2 Removed from State Court
    a. all parties represented
    b. At least one party is pro se.

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from (Specify District)

☐ 6 Multidistrict Litigation (Transferred)

☐ 7 Appeal to District Judge from Magistrate Judge

☐ 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)

## BASIS OF JURISDICTION

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government NOT A PARTY)

☒ 4 Diversity

**IF DIVERSITY, INDICATE CITIZENSHIP BELOW.**

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☐ 1 | ☐ 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 3 | ☐ 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ☒ 5 | ☐ 5 |
| CITIZEN OF ANOTHER STATE | ☐ 2 | ☐ 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ☐ 4 | ☒ 4 | FOREIGN NATION | ☐ 6 | ☐ 6 |

## PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

10 South LaSalle Street
Suite 3300
Chicago, IL 60603

## DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Defendant is a New York corporation with a principal place of business of 75 Maiden Lane, Suite 201, New York, NY 10038.

## DEFENDANT(S) ADDRESS UNKNOWN

Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following Defendants:

## COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one: **THIS ACTION SHOULD BE ASSIGNED TO:**    ☐ WHITE PLAINS    ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 5/4/26

SIGNATURE OF ATTORNEY OF RECORD    /s/ Bradford J. Sandler

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
☐ NO
☒ YES (DATE ADMITTED Mo. 04 Yr. 2008 )
Attorney Bar Code #_____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

<u>ADDENDUM TO CIVIL COVER SHEET</u>

PLAINTIFF'S ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Beth E. Levine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  bsandler@pszjlaw.com
        blevine@pszjlaw.com


  – and –

LANDIS RATH & COBB LLP
Rebecca L. Butcher (DE No. 3816)
Colin R. Robinson (DE No. 5524)
Katherine S. Dute (DE No. 6788)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450
Email:  butcher@lrclaw.com
        robinson@lrclaw.com
        dute@lrclaw.com



DEFENDANT'S ATTORNEY (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Joseph E. Sarachek
670 White Plains Road - Penthouse
Scarsdale, NY  10583
www.saracheklawfirm.com
(646) 403-9775 Direct

  – and –

Muhammad Ikhlas
Davis Ndanusa Ikhlas & Saleem LLP
26 Court Street, Suite 603
Brooklyn, NY 11242

## CAUSE OF ACTION

This action arises from Defendant's breach of a sublease, entered into on June 1, 2023, by failing to pay rent for the approximately 58,040 rentable square feet in that certain building known by street address as 201 Grumman Road West, Bethpage, New York.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are of diverse citizenship and the amount in controversy, exclusive of interest and costs, exceeds $75,000.