UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PACE ABC LLC as assignee for the benefit of
creditors of EAGLESTONE INTERMEDIATE
HOLDINGS, LLC,

Civ. Case No. 26-cv-3666

                  Plaintiff,

      vs.

Cross Island Mechanical Corp.,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the undersigned counsel for Pace ABC LLC, a Delaware Series LLC ("Plaintiff"), solely in its capacity as assignee of Eaglestone Intermediate Holdings, LLC and its affiliates, states as follows:

1.      Plaintiff is a limited liability company organized under the laws of the State of Delaware.  Plaintiff is a citizen of the State of Delaware.

4935-6288-6054.2 68727.00001

2.    Plaintiff's sole member is Development Specialists, Inc. ("Development Specialists"). Development Specialists is a citizen of the State of Illinois.

Dated: May 4, 2026
        New York, New York

        Respectfully submitted,

*/s/ Bradford J. Sandler*

**PACHULSKI STANG ZIEHL & JONES LLP**
Bradford J. Sandler
Beth E. Levine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  bsandler@pszjlaw.com
       blevine@pszjlaw.com

-and-

**LANDIS RATH & COBB LLP**
Rebecca L. Butcher (DE No. 3816)
Colin R. Robinson (DE No. 5524)
Katherine S. Dute (DE No. 6788)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450
Email:  butcher@lrclaw.com
       robinson@lrclaw.com
       dute@lrclaw.com

*Attorneys for Plaintiff*

4935-6288-6054.2 68727.00001